942

No. 10–8923. McGuire v. Ohio et al. C. A. 6th Cir. Certiorari denied.

No. 10–8925. Jones v. Walker, Warden. C. A. 9th Cir. Certiorari denied.

No. 10–8927. Calderon v. Florida et al. C. A. 5th Cir. Certiorari denied.

No. 10–8931. Price v. Pierce, Warden. C. A. 7th Cir. Certiorari denied.

No. 10–8932. Meador v. California Correctional Institution et al. C. A. 9th Cir. Certiorari denied.

No. 10–8933. Decker-Wegener v. Wegener et al. Sup. Ct. Mo. Certiorari denied.

No. 10–8940. Parker v. Lee, Superintendent, Green Haven Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 10–8944. Kolosha v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 10–8945. Hall v. Albrecht. C. A. 1st Cir. Certiorari denied.

No. 10–8946. Holmes v. Chandler, Warden. C. A. 7th Cir. Certiorari denied.

No. 10–8949. Wolde-Giorgis v. Ariss. Ct. App. Ariz. Certiorari denied.

No. 10–8955. Hall, aka Redditt v. Fairfax County Adult Detention Center et al. Sup. Ct. Va. Certiorari denied.

No. 10–8960. Lebbos v. Schuette. C. A. 9th Cir. Certiorari denied.

No. 10–8963. Lewis v. New Hampshire Judicial Branch et al. Sup. Ct. N. H. Certiorari denied.

No. 10–8965. Johnson v. District Attorney of Lawrence County, Pennsylvania, et al. Certiorari denied.

No. 10–8968. Taylor v. Arkansas. Sup. Ct. Ark. Certiorari denied.